1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHUCK PILLON,

     Plaintiff,

  v.

KING COUNTY,

     Defendant.

Case No. C06-1767RSL

ORDER DENYING MOTION TO DISMISS AND GRANTING MOTION FOR A MORE DEFINITE STATEMENT

16
17
18
19
20
21

     This matter comes before the Court on defendant's motion to dismiss or in the alternative for a more definite statement (Dkt. #3). Defendant argues that the complaint should be dismissed because plaintiff, who is proceeding *pro se*, has failed to plead a violation of a statute or the Constitution underlying his 42 U.S.C. § 1983 claim. In the alternative, defendant requests that plaintiff file an amended complaint that states the underlying basis for his § 1983 claim.

22
23
24

     A review of plaintiff's complaint shows that it does not allege a violation of the Constitution or of a statute. Plaintiff's complaint, therefore, does not state a claim for which relief may be granted and is too vague to permit a meaningful response. Rather than dismiss the

25
26
27
28

ORDER DENYING MOTION TO
DISMISS AND GRANTING MOTION
FOR A MORE DEFINITE STATEMENT - 1

complaint, however, the Court will grant plaintiff's request for leave to amend.[1]

Accordingly, the Court DENIES defendant's motion to dismiss and GRANTS the motion for a more definite statement (Dkt. #3). Plaintiff shall file and serve his Amended Complaint alleging the underlying basis for his § 1983 claim within ten days of the date of this order. Otherwise, his complaint will be dismissed for failure to state a claim.

DATED this 30th day of January, 2007.

*[signature]*

Robert S. Lasnik
United States District Judge

---

[1] The Court notes that plaintiff's response to the motion was filed four days late. The Court nevertheless considered the response because of plaintiff's *pro se* status. Plaintiff is reminded, however, that he must comply with the Federal Rules of Civil Procedure and the Local Rules.

ORDER DENYING MOTION TO
DISMISS AND GRANTING MOTION
FOR A MORE DEFINITE STATEMENT - 2